1
2
3
4
5
6
7



07-CV-05055-CMP

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10

THE CITY OF TACOMA, a municipal
Corporation of the State of Washington,

11

Plaintiff,

12
13

CLARENDON AMERICA INSURANCE
COMPANY, a Delaware Corporation; and
SPECIALTY SURPLUS INSURANCE
COMPANY, an Illinois Corporation,

14
15
16

Defendants.

NO. C 07-5055FDB

NOTICE OF REMOVAL

**Clerk's Action Required**

17
18

**DEFENDANT SPECIALTY'S NOTICE OF
REMOVAL PURSUANT TO 28 U.S.C. § 1441**

19
20
21
22
23
24
25

NOW COMES Defendant, SPECIALTY SURPLUS INSURANCE COMPANY ("Specialty"), by and through its attorneys, and pursuant to 28 U.S.C. §§ 1441(a) and 1446, and respectfully submits this Notice of Removal of the action styled *The City of Tacoma v. Clarendon America Insurance Company, and Specialty Surplus Insurance Company,* Cause No. 07-0204167-8, from the Superior Court of the State of Washington, in and for Pierce

{5133154.DOC}
NOTICE OF REMOVAL - 1

ORIGINAL

**LEE·SMART·COOK·MARTIN & PATTERSON**
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

No ISSU SEA 7124

County, to the United States District Court for the Western District of Washington, and in support thereof states as follows:

1.    A civil action brought in a state court of which the district courts of the United States have original jurisdiction may be removed by the defendant to the district court of the United States for the district and division embracing the place where such action is pending. 28 U.S.C. § 1441(a).

2.    28 U.S.C. § 1446 requires that a defendant desirous of removing a civil action file a notice of removal together with a copy of all process, pleadings and orders served upon such defendant, within 30 days. *See* 28 U.S.C. § 1446(a) and (b).

3.    On January 8, 2007, the Complaint was served upon Specialty, through service upon the Insurance Commissioner of the State of Washington. A copy of the Complaint and all other papers served upon Specialty are attached as Group Exhibit A.

4.    The grounds for the instant petition are based upon the original jurisdiction of the U. S. District Court, pursuant to 28 U.S.C. § 1332, which allows the District Court to hear matters based upon the diversity of citizenship of the parties.

5.    Plaintiff City of Tacoma is a municipal corporation located in the State of Washington.

6.    Defendant Specialty is a corporation organized under the laws of the State of Illinois, with its principal place of business in the City of Scottsdale, in the State of Arizona.

7.    Defendant Clarendon America Insurance Company is a corporation organized under the laws of the State of Delaware, with its principal place of business in New York City, in the State of New York. The Complaint seeks recovery in an amount in excess of $75,000.

{5133154 DOC}
NOTICE OF REMOVAL - 2

8.    Defendant Clarendon America Insurance Company does not object to the removal of this matter from state court to District Court.  *See* Declaration of Bryan G. Schumann, filed herewith.

9.    WHEREFORE,   the   Defendant,   SPECIALTY   SURPLUS   INSURANCE COMPANY, respectfully submits this Notice of Removal and notifies this Court of its removal of this cause from the from the Superior Court of the State of Washington, in and for Pierce County, pursuant to the provisions of 28 U.S.C. §§ 1441(a) and 1446.

DATED this 6th day of February, 2007.

LEE SMART COOK MARTIN &
PATTERSON, P.S., INC.


By: _____/s/ Joel E. Wright_____
Joel E. Wright, WSBA No. 8625
jw@leesmart.com
William R. Kiendl, WSBA No. 23169
wrk@leesmart.com
Of Attorneys for Defendant
Specialty Surplus Insurance Company

{5133154.DOC}
NOTICE OF REMOVAL - 3

1

## DECLARATION OF SERVICE

2      The undersigned declares under penalty of perjury under the laws of the State of

3  Washington that on February 6, 2007, I filed the foregoing pleading with the Clerk of the

4  Court, which office will send notification of such filing using the CM/ECF system to the

5  following:

6      M. Joseph Sloan Jr.
       Office of the City Attorney
7      Administration Building
       3628 South 35th Street
8      P.O. Box 11007
       Tacoma  WA  98411
9      joseph.sloan@cityoftacoma.org
10
                                    LEE, SMART, COOK, MARTIN
11                                     & PATTERSON, P.S., INC.

12

13                                  By: ____/s/ William R. Kiendl_____
                                        William R. Kiendl, WSBA No. 23169
14                                      wrk@leesmart.com
                                        Of Attorneys for Defendant
15                                      Specialty Surplus Insurance Company

16

17

18

19

20

21

22

23

24

25

LEE · SMART · COOK · MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944