

07-CV-05055-EXH

# Group Exhibit A

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

| | |
|---|---|
| THE CITY TACOMA, a municipal Corporation, of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, a Delaware corporation, and SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | NO. 07-2-04167-8<br><br>**INSURANCE COMMISSIONER'S CERTIFICATE OF SERVICE** |

THIS IS TO CERTIFY that the Insurance Commissioner of the State of Washington has accepted service of

*Summons, Complaint, Order Setting Case Schedule*

in the above-mentioned matter on January 8, 2006, on behalf of

*Specialty Surplus Insurance Company*

an unauthorized foreign or alien insurer, and has forwarded a duplicate copy thereof to said insurance company pursuant to RCW 48.05.215 and 48.15.150. No entity with the name of Specialty Surplus Insurance Company has been issued a certificate of authority to transact insurance in the state of Washington, and the commissioner has made no determination as to whether the defendant has solicited or transacted insurance business in the state of Washington.

Receipt of the $10 statutory service fee is acknowledged.

ISSUED AT OLYMPIA, WASHINGTON: January 8, 2006

Tracker ID 882

Certification No.: 7006 0100 0002 5830 3450

**MIKE KREIDLER**
Insurance Commissioner

By _(signature)_

Delia M. Zebroski
Service of Process Coordinator

Original to:

M Joseph Sloan, Assistant City Atty
Office of City Attorney
City of Tacoma
P.O. Box 11007
Tacoma WA 98411

Copy to:

Specialty Surplus Insurance Company
1 Kemper Drive
Long Grove IL 60049-0001

Tracker ID 882

RECEIVED
JAN - 8 2007
INSURANCE COMMISSIONER

FILED
IN PIERCE COUNTY SUPERIOR COURT

A.M. JAN 0 5 2007 P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

THE CITY TACOMA, a municipal Corporation, of the state of Washington,

    Plaintiff,

v.

CLARENDON AMERICA INSURANCE COMPANY, a Delaware corporation, and SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois corporation,

    Defendants.

07 2 04167 8

CAUSE NO.

SUMMONS

TO THE DEFENDANTS:

A lawsuit has been started against you in the above-entitled court by the City of Tacoma, Plaintiff. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing, and by serving a copy upon the undersigned attorney for the Plaintiff within 40 days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default



Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

judgment is one where Plaintiff is entitled to what he asks for because you have not responded. If you serve a notice of appearance on the undersigned attorney, you are entitled to notice before a default judgment may be entered.

You may demand that the Plaintiff file this lawsuit with the court. If you do so, the demand must be in writing and must be served upon the person signing this summons. Within 14 days after you serve the demand, the Plaintiff must file this lawsuit with the court, or the service on you of this summons and complaint will be void.

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

This Summons is issued pursuant to Rule 4 of the Superior Court Civil Rules of the state of Washington.

DATED this 3rd day of January 2007.

ELIZABETH A. PAULI, City Attorney

M. JOSEPH SLOAN, WSBA# 13206
Assistant City Attorney
City of Tacoma
PO Box 11007
Tacoma, WA 98411

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348



F I L E D
IN PIERCE COUNTY SUPERIOR COURT

A.M. JAN 0 5 2007 P.M.

PIERCE COUNTY, WASHINGTON
KEVIN STOCK, County Clerk
BY_____ DEPUTY

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

| | |
|---|---|
| THE CITY TACOMA, a municipal Corporation, of the state of Washington,<br><br>  Plaintiff,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, a Delaware corporation, and SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>  Defendants. | 07 2 04167 8<br><br>CAUSE NO.<br><br>COMPLAINT TO RECOVER BENEFITS OF COVERAGE, FOR BREACH OF CONTRACT, AND DAMAGES |

COMES NOW the Plaintiff City of Tacoma, represented by and through Elizabeth A. Pauli, Tacoma City Attorney, and M. Joseph Sloan, Assistant City Attorney, and herein for cause of action, alleges against the Defendants and each of them as follows:

### I. JURISDICTION

1.1. Now and for all relevant times herein stated, the Plaintiff City of Tacoma (hereinafter referred to as the "City"), is a municipal corporation created under the laws of the state of Washington, located in Pierce County.

1.2. Now and for all relevant times herein stated, Defendant, Clarendon America Insurance Company (hereinafter referred to as "Clarendon"), is a

COMPLAINT - 1



Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

corporation, created under the laws of the state of Delaware, doing business in Pierce County, state of Washington, whose principle of business is in New York City, state of New York.

1.3. Now and for all relevant times herein stated, Defendant, Specialty Surplus Insurance Company ("Specialty"), is a corporation created under the laws of the state of Illinois, doing business in Pierce County, state of Washington, whose principle place of business is in Scottsdale, state of Arizona.

## II. VENUE

2.1. Now and for all relevant times herein stated, the events and transactions as a result of which Tacoma's claims or causes of action arose, took place in Pierce County, state of Washington.

## III. STATEMENT OF FACTS

3.1. On or about August 2, 2001, Defendant, Specialty, issued to the City a policy of liability insurance for the policy period July 31, 2001, to August 12, 2002. The policy provided insurance coverage for damages arising from personal injury, property damage, and public officials' errors and omissions liability. The policy also provided coverage for payment of the City's cost of defending against such claims.

3.2. On or about August 13, 2002, Defendant, Clarendon, issued to the City a policy of liability insurance for the policy period August 13, 2002, to August 12, 2003. This policy provided insurance coverage for bodily injury, property

COMPLAINT - 2

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

JAN-16-2007  14:44      914+347+7011      96%      P.006

damage, personal injury, public official's errors and omissions, and expenses incurred in the defense against such claims.

3.3. The City made timely tenders of its defense of the claims against the City in the matter of <u>Haley C. Brame, et al. v. City of Tacoma, et al.</u>, Pierce County Cause No. 04-2-00712-7 (hereinafter referred to as the "Brame matter") to Specialty and Clarendon, and complied with all conditions imposed by the polices issued by Specialty and Clarendon.

3.4. Both Specialty and Clarendon confirmed coverage for damages arising from the Brame matter and participated in the settlement of the Brame matter by making payments under the indemnity provisions of their respective policies.

3.5. On or about October 18, 2005, Specialty entered into a Settlement Agreement and Release with the City (hereinafter referred to as the "Settlement Agreement") in which Specialty agreed to pay in addition to its contribution into the settlement of the Brame matter, one half (1/2) of the City's defense costs, fees, and expenses incurred by the City in its defense against the Brame matter. Though the City has requested payment of its defense expenses, has submitted invoices reflecting necessary and reasonable expenses incurred and made requests for payment, Specialty has failed to pay its portion of the City's defense expenses.

3.6. On or about December 2, 2005, Clarendon, through its agent, TIG Indemnity Company, agreed to reimburse the City all of the City's legal expenses through October 26, 2005, and fifty percent (50%) of the legal expenses thereafter

COMPLAINT - 3

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

(hereinafter referred to a "Letter Agreement"). Clarendon paid some of the City's claim expenses, including legal expenses for the years 2003 through September 9, 2005; however, the balance of the invoices submitted to Clarendon for reimbursement of its agreed upon proportional share of the defense expenses incurred by the City have not been paid, notwithstanding the City's multiple demands for payment.

3.7. Though Specialty and Clarendon confirmed coverage, accepted the City's tender of the claims, and made payments in settlement of the Brame matter under the indemnification provisions of their respective polices, neither Specialty nor Clarendon have made full payment of their share of the City's costs or expenses incurred in defense of the Brame matter, as required by their respective policies and subsequent agreements pertaining to the payment of defense expenses. Furthermore, Specialty and Clarendon have failed to provide any justification or reason why payment is being withheld.

## IV. FIRST CAUSE OF ACTION-DECLARATORY RELIEF

4.1. The City, as its first cause of action, re-alleges paragraphs 1.1 through 3.7 of its Complaint, as if fully set forth herein, and seeks the Court's Declaration as to the following:

4.2. Specialty, by operation of the Settlement Agreement, is obligated to reimburse the City one-half of the reasonable defense fees, costs, and expenses incurred by the City on behalf of the Tacoma Defendants in the Brame matter.

COMPLAINT - 4

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

JAN-16-2007   14:44   914+347+7011   96%   P.008

4.3. Clarendon, by operation of its policy of insurance issued to the City, is obligated to pay all of the City's claims expenses, as defined by its policy, including the cost of claims investigation, claims litigation, any interest required by law on awards or judgments, and legal expenses allocated to the Brame matter.

4.4. Specifically as to legal expenses, Clarendon by operation of its Letter Agreement through its agent, TIG Indemnity Company, is obligated to reimburse the City one hundred percent (100%) of the City's legal expenses allocated to the Brame matter incurred by the City through October 26, 2005, and fifty percent (50%) of the legal expenses allocated to the Brame matter thereafter.

4.5. The City has provided adequate documentation of its defense expenses, fees, costs, claims expenses, and legal expenses to warrant reimbursement of these expenses by Clarendon and Specialty; however, Clarendon and Specialty have not provided an explanation as to why payment has not be made, and therefore, payment has been unlawfully withheld by them, in violation of RCW 48.30 and WAC 284-30-330.

## V. SECOND CAUSE OF ACTION – BREACH OF CONTRACT

5.5. The City, as its second cause of action, re-alleges paragraphs 1.1 through 3.7 of its Complaint, as if fully set forth herein.

5.6. Specialty was obligated by the Settlement Agreement to pay the City's defense fees, costs, and expenses.

COMPLAINT - 5

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

5.7. The City has provided the appropriate proof of such expenses in the form of invoices, has requested payment, and Specialty has failed to reimburse the City for these expenses as required by the Settlement Agreement.

5.8. As the proximate result of the breach of the Settlement Agreement by Specialty, the City has incurred damages, the extent of which will be proven at trial.

5.9. Clarendon was obligated by its Letter Agreement to pay one hundred percent (100%) of the City's legal expenses incurred until October 26, 2005, and fifty percent (50%) of the legal expenses incurred by the City thereafter. Clarendon was obligated by its policy of insurance to pay one hundred percent (100%) of the claims expense.

5.10. The City has submitted proof of its claim and has requested payment from Clarendon; however, Clarendon has only made partial reimbursement of the litigation and claim expenses.

5.11. Clarendon has breached its obligations under both the Letter Agreement and insurance policy by failing to reimburse the City for all of the claim and litigation expenses Clarendon was obligated to pay under the Letter Agreement and policy of insurance.

5.12. As a proximate result of Clarendon's breach of its obligations to the City, the City has incurred damages, the extent of which will be proven at trial.

COMPLAINT - 6

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

JAN-16-2007  14:44  914+347+7011  96%  P.010

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff City of Tacoma prays for judgment against the Defendants and each of them as follows:

6.1. For Declaratory Judgment, that the Defendants and each of them are obligated by their policies of insurance, Settlement Agreement, and Letter Agreement, to pay all of the Plaintiff's defense expenses, costs, claims expenses, and litigation expenses according to proof;

6.2. For Judgment for the total amount of the Plaintiff's defense expenses, costs, claims expenses, and litigation expenses according to proof;

6.3. For prejudgment interest;

6.4. For attorney's fee and costs;

6.5. For such other and further relief as the Court deems just and equitable.

Dated this 3rd day of January, 2007.

ELIZABETH A. PAULI, City Attorney

*/s/ M. Joseph Sloan/*

M. Joseph Sloan, WSBA No. 13206
Assistant City Attorney

COMPLAINT - 7

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

JAN-16-2007  14:46   9144347+7011   96%   P.011

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

January 05 2007 3:20 PM

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR PIERCE COUNTY

No. 07-2-04167-8

ORDER SETTING CASE SCHEDULE

Type of Case: COM
Track Assignment: Expedited
Assigned Department: 15 - Judge THOMAS J. FELNAGLE
Docket Code: ORSCS

| | |
|---|---|
| Confirmation of Service | 01/19/07 |
| Confirmation of Joinder of Parties, Claims and Defenses | 03/02/07 |
| Jury Demand | 03/09/07 |
| Status Conference (Contact Court for Specific Date) | Week Of 03/16/07 |
| Set Settlement Conference Date with Judge/Commissioner BRIAN TOLLEFSON (See PCLR 3(c) 2(b) & 94.04 (f)) | 03/16/07 |
| Plaintiff's Disclosure of Primary Witnesses | 03/30/07 |
| Defendant's Disclosure of Primary Witnesses | 04/20/07 |
| Disclosure of Rebuttal Witnesses | 05/04/07 |
| Deadline for Filing Motion to Adjust Trial Date | 05/18/07 |
| Discovery Cutoff | 05/25/07 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 06/01/07 |
| Deadline for Hearing Dispositive Pretrial Motions | 06/08/07 |
| Joint Statement of Evidence | 06/08/07 |
| Settlement Conference (To be held) | Week Of 06/15/07 |
| Pretrial Conference (Contact Court for Specific Date) | Week Of 06/29/07 |
| Trial | 07/11/07 9:30 |

**Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.**

### NOTICE TO PLAINTIFF/PETITIONER
If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 1.

### NOTICE TO ALL PARTIES
All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 1 does not apply while the case is in arbitration.

DATED: January 5, 2007

orscssup-0001.pdf

Judge THOMAS J. FELNAGLE
Department 15

01/16/2007 14:51   KEMPER CLAIM DEPT   847 320 5765 → 913124668001   NO.844   D013

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

| | |
|---|---|
| THE CITY TACOMA, a municipal Corporation, of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, a Delaware corporation, and SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | NO. 07-2-04167-8<br><br>**INSURANCE COMMISSIONER'S CERTIFICATE OF SERVICE** |

**THIS IS TO CERTIFY** that the Insurance Commissioner of the State of Washington has accepted service of

*Summons, Complaint, Order Setting Case Schedule*

in the above-mentioned matter on January 8, 2007, on behalf of

*Specialty Surplus Insurance Company*

an unauthorized foreign or alien insurer, and has forwarded a duplicate copy thereof to said insurance company pursuant to RCW 48.05.215 and 48.15.150. No entity with the name of Specialty Surplus Insurance Company has been issued a certificate of authority to transact insurance in the state of Washington, and the commissioner has made no determination as to whether the defendant has solicited or transacted insurance business in the state of Washington.

Receipt of the $10 statutory service fee is acknowledged.

ISSUED AT OLYMPIA, WASHINGTON: January 8, 2007

Tracker ID 882

Certification No.: 7006 0100 0002 5830 3450

**MIKE KREIDLER**
Insurance Commissioner

By [signature]

Delia M. Zebroski
Service of Process Coordinator

**Original to:**

M Joseph Sloan, Assistant City Atty
Office of City Attorney
City of Tacoma
P.O. Box 11007
Tacoma WA 98411

**Copy to:**

Specialty Surplus Insurance Company
1 Kemper Drive
Long Grove IL 60049-0001

Tracker ID 882