Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE CITY OF TACOMA, a municipal corporation of the State of Washington,<br><br>Plaintiff,<br><br>vs.<br><br>CLARENDON AMERICA INSURANCE COMPANY, a Delaware corporation; and SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | NO. CV07 – 5055 FDB<br><br>CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT SPECIALTY SURPLUS INSURANCE COMPANY |

COMES NOW defendant Specialty Surplus Insurance Company, by and through its undersigned counsel, to make its Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

Specialty Surplus Insurance Company is a wholly owned direct subsidiary of Lumbermens Mutual Casualty Company. Specialty Surplus Insurance Company is a corporation organized under the laws of the State of Illinois, with its principal place of business in the State of Arizona.

//

{1015943.DOC}
CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT SPECIALTY SURPLUS INS. CO.
(W. D. Wash. Cause No. CV07-5055 FDB) - 1

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1  DATED this 13th day of February, 2007.

2  LEE SMART COOK MARTIN &
3  PATTERSON, P.S., INC.

4

5  By: _____/s/ Joel E. Wright_____
   Joel E. Wright, WSBA No. 8625
6  jw@leesmart.com
   William R. Kiendl, WSBA No. 23169
7  wrk@leesmart.com
   Of Attorneys for Defendant
8  Specialty Surplus Insurance Company

9

10 **DECLARATION OF SERVICE**

11 The undersigned declares under penalty of perjury under the laws of the State of
12 Washington that on February 13, 2007, I electronically filed the foregoing pleading with the
13 Clerk of the Court using the CM/ECF system which will send notification of such filing to the
14 following:

15 M. Joseph Sloan Jr.
   Office of the City Attorney
16 Administration Building
17 3628 South 35th Street
   P.O. Box 11007
18 Tacoma  WA  98411
   joseph.sloan@ci.tacoma.wa.us
19

20 LEE, SMART, COOK, MARTIN
   & PATTERSON, P.S., INC.
21

22 By: ____/s/ William R. Kiendl_____
   William R. Kiendl, WSBA No. 23169
23 wrk@leesmart.com
   Of Attorneys for Defendant
24 Specialty Surplus Insurance Company

25

{1015943.DOC}
CORPORATE DISCLOSURE STATEMENT FOR
DEFENDANT SPECIALTY SURPLUS INS. CO.
(W. D. Wash. Cause No. CV07-5055 FDB) - 2

LEE·SMART·COOK·MARTIN & PATTERSON
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944