UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE CITY OF TACOMA, a municipal Corporation of the State of Washington,<br><br>Plaintiff,<br><br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, a Delaware Corporation; and SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois Corporation,<br><br>Defendants. | NO. C 07-5055 FDB<br><br>STIPULATION AND ORDER FOR DISMISSAL AS TO CLARENDON AMERICA INSURANCE COMPANY<br><br>Clerk's Action Required |

IT IS HEREBY STIPULATED AND AGREED, by and between the City of Tacoma and Clarendon America Insurance Company, by their respective counsel, that the City of Tacoma's claims against Clarendon America Insurance Company shall be dismissed on the merits, with prejudice, without costs, and that an Order may be entered to that effect without further notice.

DATED this 3rd day of April, 2007.

OFFICE OF CITY ATTORNEYS

By _____
Joseph Sloan, WSBA # 13206
EMAIL: jsloan@ci.tacoma.wa.us
Attorneys for Plaintiff, The City of Tacoma

CLARENDON STIPULATION
AND ORDER FOR DISMISSAL

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

DATED this _10_ day of April, 2007.

von BRIESEN & ROPER, S.C.

By _John G. Goller_
John G. Goller, WSBA #28260
EMAIL: jgoller@vonbriesen.com
Attorneys for Defendant Clarendon America
Insurance Company

## ORDER

IT IS HEREBY ORDERED, based upon the foregoing stipulation, that Plaintiff's Complaint as to Clarendon America Insurance Company, a Delaware Corporation, only, is hereby dismissed on the merits, with prejudice and without costs.

Dated this _____ day of _____, 2007.

By: _____
Honorable Franklin D. Burgess

CLARENDON STIPULATION
AND ORDER FOR DISMISSAL

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348

So Stipulated and Presented by:

von BRIESEN & ROPER, S.C.

By _____
John G. Goller, WSBA #28260
EMAIL: jgoller@vonbriesen.com
Attorneys for Defendant Clarendon America Insurance Company

OFFICE OF CITY ATTORNEYS

By _____
Joseph Sloan, WSBA # 13206
EMAIL: jsloan@ci.tacoma.wa.us
Attorneys for Plaintiff, The City of Tacoma

20654081_1.DOC

CLARENDON STIPULATION
AND ORDER FOR DISMISSAL

Office of the City Attorney
Department of Public Utilities
Administration Building
3628 South 35th Street
P.O. Box 11007
Tacoma, Washington 98411
(253) 502-8348