UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THE CITY OF TACOMA, a municipal Corporation of the State of Washington,<br><br>                      Plaintiff,<br>v.<br><br>CLARENDON AMERICA INSURANCE COMPANY, a Delaware Corporation; and SPECIALTY SURPLUS INSURANCE COMPANY, an Illinois Corporation,<br><br>                      Defendants. | NO. C 07-5055 FDB<br><br>PLAINTIFF'S INITIAL DISCLOSURES FRCP 26(a) |

Comes now the Plaintiff City of Tacoma and pursuant to FRCP 26(a) makes the following initial disclosures:

**A. The following individuals are likely to have discoverable information:**

1. Barbara Nord
Legal Department
City of Tacoma
747 Market Street, Suite 1120
Tacoma, WA 98402
(253) 591 5619

PLAINTIFF'S INITIAL DISCLOSURES
FRCP 26(a) - 1

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

| | |
|---|---|
| 1 | 2. Robin Jenkinson |
|   | Kirkland City Attorney |
| 2 | 123-5th Avenue |
|   | Kirkland, WA 98033-6189 |
| 3 | (425) 587 3031 |
| 4 | |
|   | 3. Jodi Davila |
| 5 | City of Tacoma |
|   | 747 Market Street |
| 6 | Tacoma, WA 98402 |
|   | (253) 591 5375 |
| 7 | |
|   | 4. John W. Wolfe |
| 8 | Attorney at Law |
|   | Wolfe Leinbach, P.S. |
| 9 | 701 Fifth Avenue, Suite 6110 |
|   | Seattle, WA 98104 |
| 10 | (206) 467 9088 |
| 11 | |
|   | 5. Lara B. Fowler |
| 12 | Attorney at Law |
|   | Gordon, Thomas, Honeywell, |
| 13 | Malanca, Peterson & Daheim LLP |
|   | 1201 Pacific Avenue, Suite 2200 |
| 14 | P.O. Box 1157 |
|   | Tacoma, WA 98401-1157 |
| 15 | (253) 620 6500 |
| 16 | |
|   | 6. C. James Frush |
| 17 | Attorney at Law |
|   | Cable, Langenbach, Kinerk & Bauer |
| 18 | 1000 Second Avenue, Suite 3500 |
|   | Seattle, WA 98104-1048 |
| 19 | (206) 292 8800 |
| 20 | |
|   | 7. Natalie Leth |
| 21 | Gordon, Thomas, Honeywell, |
|   | Malanca, Peterson & Daheim LLP |
| 22 | 1201 Pacific Avenue Suite 2200 |
|   | P.O. Box 1157 |
| 23 | Tacoma, WA 98401-1157 |
|   | (253) 620-6500 |


1    2. Robin Jenkinson
     Kirkland City Attorney
2    123-5th Avenue
     Kirkland, WA 98033-6189
3    (425) 587 3031

4
     3. Jodi Davila
5    City of Tacoma
     747 Market Street
6    Tacoma, WA 98402
     (253) 591 5375
7
     4. John W. Wolfe
8    Attorney at Law
     Wolfe Leinbach, P.S.
9    701 Fifth Avenue, Suite 6110
     Seattle, WA 98104
10   (206) 467 9088

11
     5. Lara B. Fowler
12   Attorney at Law
     Gordon, Thomas, Honeywell,
13   Malanca, Peterson & Daheim LLP
     1201 Pacific Avenue, Suite 2200
14   P.O. Box 1157
     Tacoma, WA 98401-1157
15   (253) 620 6500

16
     6. C. James Frush
17   Attorney at Law
     Cable, Langenbach, Kinerk & Bauer
18   1000 Second Avenue, Suite 3500
     Seattle, WA 98104-1048
19   (206) 292 8800

20
     7. Natalie Leth
21   Gordon, Thomas, Honeywell,
     Malanca, Peterson & Daheim LLP
22   1201 Pacific Avenue Suite 2200
     P.O. Box 1157
23   Tacoma, WA 98401-1157
     (253) 620-6500

24

25

26   PLAINTIFF'S INITIAL DISCLOSURES
     FRCP 26(a) - 2

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

8. Lawrence R. Cock
Attorney at Law
Cable, Langenbach, Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle, WA 98104-1048
(206) 292 8800

9. Wendy L. Foster
Cable, Langerbach, Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle, WA 98104-1048
(206) 292 8800

10. Jack M. Lovejoy
Cable, Langerbach, Kinerk & Bauer, LLP
1000 Second Avenue, Suite 3500
Seattle, WA 98104-1048
(206) 292 8800

11. Edward R. Lindstrom
Attorney at Law
Kussmann & Lindstrom, P.S.
7350 Cirque Drive West, Suite 102
University Place, WA 98467
(253) 284 9250

12. Clifford G. Morey
Attorney at Law
Davies Pearson, P.C.
920 Fawcett Street
P.O. Box 1657
Tacoma, WA 98401
(253) 620 1500

13. Timothy R. Gosselin
Attorney at Law
Burgess Fitzer
1145 Broadway, Suite 400
Tacoma, WA 98402-3584
(253) 572 5324

14. Jeffrey Bryant
Specialty Surplus Insurance Company
7501 E. McCormick Parkway
Scottsdale, AZ 85258

PLAINTIFF'S INITIAL DISCLOSURES
FRCP 26(a) - 3

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

15. William Stewart
Kemper Insurance Company
1 Kemper Drive
Long Grove, IL 60049-0001
(847) 320 2000

16. Bryan G. Schumann
Attorney at Law
Citicorp Center
Suite 2300
500 West Madison Street
Chicago, IL 60661-2511
(312) 466 8000

17. Eric Anderson
City Manager
City of Tacoma
747 Market Street
Tacoma, WA 98402
(253) 591 5130

18. Debbie Dahlstrom
Risk Manager
City of Tacoma
747 Market Street
Tacoma, WA 98402
(253) 591 5443

19. Steve Marcotte
1117-187th Ave. East
Lake Tapps, WA 98391
(253) 862 4006

20. Terri Long
Vice President of Claims
TIG
851 Napa Valley Corporate Way, Suite N
Napa, CA 94558
(707) 259 5049

21. Frank L. Steeves
Chair, Litigation and Risk Management
Von Briesen & Roper
Suite 700
411 E. Wisconsin Avenue

PLAINTIFF'S INITIAL DISCLOSURES
FRCP 26(a) - 4

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

1 | Milwaukee, WI 53202
2 | (414) 287 1371

3 | 22. Harold Dubbs
  | TIG
4 | 851 Napa Valley Corporate Way, Suite N
  | Napa, CA 94558
5 | (707) 265 2101

**B. Discoverable Documents:**

1. City of Tacoma and Specialty Surplus Insurance Company, Settlement Agreement and Release, dated November 4 2005.

2. Addendum to City of Tacoma and Specialty Surplus Insurance Company, Settlement Agreement and Release, dated November 20, 2005.

3. Specialty Surplus Insurance Company, policy number 3ZH 120791 01, and 3ZH 120791 00.

4. Clarendon America Insurance Company, policy number XSR 39306149.

5. November 30, 2005, letter from Timothy R. Gosselin to Bryan G. Schumann and Jeffrey Bryant, submitting invoices to Specialty.

6. August 1, 2006 letter from Tacoma City Attorney to Bryan Schumann requesting payment of the invoices Tim Gosselin previously submitted.

7. September 7, 2006 letter from Tacoma City Attorney to Bryan Schumann and Jeffrey Bryant requesting payment of the invoices.

8. September 19, 2006 letter from William Stewart to Tacoma City Attorney.

9. October 4, 2006 letter from Bryan Schumann to Tacoma City Attorney.

10. October 12, 2006 letter from Timothy R. Gosselin to Bryan Schumann.

11. Invoices from the law firm: Wolfe Leinbach, P.S.

12. Invoices from the law firm: Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim LLP.

13. Invoices from the law firm: Cable, Langenbach, Kinerk & Bauer.

PLAINTIFF'S INITIAL DISCLOSURES
FRCP 26(a) - 5

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

14. Invoices from the law firm: Kussmann & Lindstrom.

15. Invoices from the law firm: Burgess Fitzer.

These documents are currently in the possession of the Office of the City Attorney; copies of the invoices and letters to and from Specialty Surplus Insurance Company are in their possession.

**C. Computation of Damages:**

The City of Tacoma had submitted invoices reflecting $2,074,289.40 in defense costs to Specialty on November 30, 2005. Specialty's share of these costs was $1,037,144.70. The balance of the invoices were submitted to Specialty on July 27, 2006. Specialty's share of the July 27, 2006 invoiced costs was $22,226.50. Specialty paid $794,529.00 of its $1,059,371.21 defense cost payment obligation on February 14, 2007. Payment of $1,037,144.70 should have been made by December 30, 2005. Therefore, the City is owed 12 ½ months interest @12% on $794,529.00 = *$99,316.12*. The balance of the interest owed would be as follows: $1,037,144.70 minus $794,529.00 = $242,615.70, 15 ½ months interest @12% = *$37,605.32*. Interest on the invoices submitted on July 27, 2006 supporting Specialty's share of $22,226.50 assuming payment should have been made by August 27, 2006, is calculated as follows: $22,226.50, @12% interest for 9 months = *$2,000.38*. Specialty will owe interest on the $264,842.21 balance, the amount of interest to be established when the balance is paid. Accordingly, the City's current damages are $264,842.21 which represents the balance of Specialty's share of the defense and litigation costs, and $138,921.82 in interest.

Documents reflecting the defense costs that have been submitted to Specialty and any payments, are available upon request.

PLAINTIFF'S INITIAL DISCLOSURES
FRCP 26(a) - 6

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

DATED this 4th day of June, 2007.

ELIZABETH A. PAULI
City Attorney

By: _____
M. Joseph Sloan, WSBA #13206
EMAIL: joseph.sloan@cityoftacoma.org
Attorneys for Plaintiff, City of Tacoma

PLAINTIFF'S INITIAL DISCLOSURES
FRCP 26(a) - 7

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672

## DECLARATION OF SERVICE

The undersigned declares under penalty of perjury under the laws of the State of Washington that on June 4, 2007, I filed the foregoing pleading with the Clerk of the Court, which office will send notification of such filing using the CM/ECF system to the following:

Joel E. Wright
William R. Kiendl
Lee, Smart, Cook, Martin
 & Patterson, P.S., Inc.
1800 One Convention Place
701 Pike Street
Seattle, WA 98101-3929
Email: jw@leesmart.com
       wrk@leesmart.com

Dated this 4th day of June, 2007, in Tacoma, Pierce County, Washington.

*Diane Jensen*
Diane Jensen
Legal Assistant to
M. Joseph Sloan
Office of the City Attorney
Joseph.sloan@cityoftacoma.org

PLAINTIFF'S INITIAL DISCLOSURES
FRCP 26(a) - 8

Office of the City Attorney
Department of Public Utilities
3628 South 35th Street
P. O. Box 11007
Tacoma, Washington 98411
Phone 253.502.8348
Facsimile 253.502.8672