Hon. Benjamin H. Settle

1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT
9    WESTERN DISTRICT OF WASHINGTON
     AT TACOMA

10   THE CITY OF TACOMA, a municipal
     corporation of the State of Washington,          NO. CV07 – 5055 BHS
11
                          Plaintiff,                   STIPULATION FOR AND ORDER OF
12                                                     DISMISSAL
              vs.
13
     CLARENDON AMERICA INSURANCE                       **Clerk's Action Required**
14   COMPANY, a Delaware corporation; and
     SPECIALTY SURPLUS INSURANCE
15   COMPANY, an Illinois corporation,

16                        Defendants.

17

18          COME NOW plaintiff City of Tacoma and defendant Specialty Surplus Insurance

19   Company to stipulate as follows:

20                          **I.      STIPULATION**

21          1.      The instant case has been settled.

22          2.      The parties agree and stipulate that all causes and issues in dispute in the

23   instant litigation have been resolved.

24          3.      The parties hereby request this Court to dismiss the instant case with prejudice,

25   all parties bearing their own costs.

{1028150.DOC}
STIPULATION FOR AND ORDER OF DISMISSAL
(W. D. Wash. Cause No. CV07-5055 BHS) - 1

L E E · S M A R T

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1    DATED this 29th day of August, 2007.

2                            LEE SMART, P.S., INC.

3

4                            By: _____/s/ Joel E. Wright_____
                                 Joel E. Wright, WSBA No. 8625
5                                jw@leesmart.com
                                 William R. Kiendl, WSBA No. 23169
6                                wrk@leesmart.com
                                 Of Attorneys for Defendant
7                                Specialty Surplus Insurance Company

8

9                            ELIZABETH A. PAULI, CITY ATTORNEY

10

11                           By: _____/s/ M. Joseph Sloan Jr._____
                                 M. Joseph Sloan Jr., WSBA No. 13206
12                               joseph.sloan@ci.tacoma.wa.us
                                 Of Attorneys for Plaintiff
13                               City of Tacoma

14

15                    II.    ORDER OF DISMISSAL

16         The Court is informed that all claims in the above-captioned action have been settled.

17    This action is DISMISSED WITH PREJUDICE pursuant to the above stipulation, without an

18    award of costs or fees to any party.

19         SO ORDERED this _____ day of _____, 2007.

20

21                           _____
                             THE HONORABLE BENJAMIN H. SETTLE
22                           UNITED STATES DISTRICT JUDGE

23

24

25

{1028150.DOC}
STIPULATION FOR AND ORDER OF DISMISSAL
(W. D. Wash. Cause No. CV07-5055 BHS) - 2

LEE·SMART
P.S., Inc. · Pacific Northwest Law Offices
1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1    Presented by:

2    LEE SMART, P.S., INC.

3

4    By: _____/s/ Joel E. Wright_____
        Joel E. Wright, WSBA No. 8625
5       jw@leesmart.com
        William R. Kiendl, WSBA No. 23169
6       wrk@leesmart.com
        Of Attorneys for Defendant
7       Specialty Surplus Insurance Company

8

9    ELIZABETH A. PAULI, CITY ATTORNEY

10

11   By: _____/s/ M. Joseph Sloan Jr._____
        M. Joseph Sloan Jr., WSBA No. 13206
12      joseph.sloan@ci.tacoma.wa.us
        Of Attorneys for Plaintiff
13      City of Tacoma

14

15

16

17

18

19

20

21

22

23

24

25

{1028150.DOC}
STIPULATION FOR AND ORDER OF DISMISSAL
(W. D. Wash. Cause No. CV07-5055 BHS) - 3

LEE · SMART

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944

1

**DECLARATION OF SERVICE**

2      The undersigned declares under penalty of perjury under the laws of the State of

3   Washington that on August 29, 2007, I electronically filed the foregoing pleading with the

4   Clerk of the Court using the CM/ECF system which will send notification of such filing to the

5   following:

6      M. Joseph Sloan Jr.
       Office of the City Attorney
7      Administration Building
       3628 South 35th Street
8      P.O. Box 11007
       Tacoma  WA  98411
9      joseph.sloan@ci.tacoma.wa.us

10
                               LEE SMART, P.S., INC.
11

12

13                             By: ____/s/ William R. Kiendl_____
                                    William R. Kiendl, WSBA No. 23169
14                                  wrk@leesmart.com
                                    Of Attorneys for Defendant
15                                  Specialty Surplus Insurance Company

16

17

18

19

20

21

22

23

24

25

{1028150.DOC}
STIPULATION FOR AND ORDER OF DISMISSAL
(W. D. Wash. Cause No. CV07-5055 BHS) - 4

**LEE·SMART**

P.S., Inc. · Pacific Northwest Law Offices

1800 One Convention Place · 701 Pike Street · Seattle · WA · 98101-3929
Tel. 206.624.7990 · Toll Free 877.624.7990 · Fax 206.624.5944